FILED by YH    D.C.

Dec 21, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-20985-CR-ALTONAGA/GOODMAN**

21 U.S.C. § 963
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

vs.

**JAMIN CORDOBA-RENGIFO,
IVAN EDGARDO GONZALEZ-RAMIREZ,**
   a/k/a "Flaco,"
   a/k/a "Fabio," and
**KYLAN PATRICK LILJEBECK,**

      **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in or around February 2018, the exact date being unknown to the Grand Jury, and continuing until on or about April 12, 2018, in the country of Colombia and elsewhere, the defendants,

**JAMIN CORDOBA-RENGIFO,
IVAN EDGARDO GONZALEZ-RAMIREZ,**
   a/k/a "Flaco,"
   a/k/a "Fabio," and
**KYLAN PATRICK LILJEBECK,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **JAMIN CORDOBA-RENGIFO, IVAN EDGARDO GONZALEZ-RAMIREZ, a/k/a "Flaco," a/k/a "Fabio," and KYLAN PATRICK LILJEBECK**, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants **JAMIN CORDOBA-RENGIFO, IVAN EDGARDO GONZALEZ-RAMIREZ, a/k/a "Flaco," a/k/a "Fabio," and KYLAN PATRICK LILJEBECK** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2

All pursuant to Title 21, United States Code, Section 853, as made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMIN CORDOBA-RENGIFO, et al.,

Defendants.       /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)         Yes [ ]    No [ ]
Number of New Defendants ____
Total number of counts   ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   YES
   List language and/or dialect   Spanish

4. This case will take    3-5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | (Check only one) | |
   |---|---|---|---|
   | I | 0 to 5 days | Petty | |
   | II | 6 to 10 days | Minor | |
   | III | 11 to 20 days | Misdem. | |
   | IV | 21 to 60 days | Felony | ✓ |
   | V | 61 days and over | | |

   (Check I: ✓)

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes [ ]    No [✓]

KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501535

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   JAMIN CORDOBA-RENGIFO

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it Would be Unlawfully Imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   IVAN EDGARDO GONZALEZ-RAMIREZ

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it Would be Unlawfully Imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KYLAN PATRICK LILJEBECK

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it Would be Unlawfully Imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**