UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20985-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

JAMIN CORDOBA-RENGIFO et al,

                Defendant.
_____/

## FACTUAL PROFFER

Were this case to proceed to trial, the United States of America and Jamin Cordoba-Rengifo ("the defendant"), by and through his undersigned counsel, agree that the Government would prove the following facts beyond a reasonable doubt:

In February 2018, a DEA confidential source (hereinafter "CS") met with Ivan Gonzalez-Ramirez to discuss Gonzalez-Ramirez, the defendant, and others importing the CS's 5 kilograms of cocaine into the United States. Gonzalez-Ramirez agreed that he would work with the defendant and others to import the 5 kilograms of cocaine into the United States via sailboat. Gonzalez-Ramirez informed the CS that they already had 50 kilograms of cocaine that they intended to import to the Southern District of Florida by sailboat.

On March 9, 2018, the CS brought the 5 kilograms of sham cocaine to the defendant for transport to the Southern District of Florida. On March 15, 2018, law enforcement seized a sailboat with 50 kilograms of cocaine and 5 kilograms of sham cocaine stored in the walls of the sailboat. After arrest, the defendant confessed to his involvement in this conspiracy.

This proffer does not contain all information known by the Government but contains sufficient evidence to prove the elements of the crime to which a Defendant is pleading guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 6/29/20

By: _____
Robert F. Moore
Assistant United States Attorney

Date: 6/26/2020

_____
Abigail Becker, Esq.
Attorney for Jamin Cordoba-Rengifo

Date: Junio 10-2020

_____
Jamin Cordoba-Rengifo