UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-CR-20985-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMIN CORDOBA-RENGIFO,

    Defendant.
_____/

## **OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

The defendant Jamin Cordoba-Rengifo, through undersigned counsel, respectfully submits this unopposed objection to the presentence report and states in support the following.

On July 2, 2020, Mr. Cordoba-Rengifo pled guilty to one count of conspiracy to import 5 kilograms or more of cocaine into the United States, in violation of 21 U.S.C. § 963. [ECF Nos. 29, 31, 32.] The Probation Office then prepared its Draft Disclosure of Presentence Investigation Report [ECF No. 36, hereinafter "PSI".] The Probation Office noted in the draft PSI that Mr. Cordoba Rengifo had not yet provided a statement to the government to satisfy the requirements of the safety valve provision set forth at USSG § 5C1.2(a).

Mr. Cordoba Rengifo has since provided a statement to the government truthfully detailing his involvement in the instant offense. The parties agree that statement satisfies USSG § 5C1.2(a)(5), and that Mr. Cordoba Rengifo, thus qualifies for the safety valve provision set forth in that section.

Accordingly, he requests the PSI be amended at paragraph 76 to reflect that the Court may impose a sentence in accordance with the applicable guidelines

without regard to any statutory minimum sentence. Additionally, he requests the offense level computation reflect the 2-level reduction set forth in USSG § 2D1.1(b)(18).

WHEREFORE, Mr. Cordoba-Rengifo respectfully requests the Court grant these objections to the draft PSI, reducing the offense level computation by two levels, and permitting the Court to impose sentence without regard to any otherwise applicable mandatory minimum.

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: /s/Abigail E. Becker
Assistant Federal Public Defender
Florida Bar No. 72284
150 W. Flagler Street, Suite 1700
Miami, Florida  33130
Tel:   305-530-7000
abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 18, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/Abigail E. Becker